**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MAX BIRMINGHAM,

       Plaintiff,

                              Case No: 1:20-cv-00329

v.

                          **Oral argument requested**

DANA NESSEL,

       Defendant.

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

*Pro Se* Plaintiff Max Birmingham respectfully moves this Court for a preliminary injunction as set out below and for the reasons set out in the accompanying Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction. Fed. R. Civ. P. 65(a). Because there are only legal questions at issue, Plaintiff respectfully requests that this Court consolidate the preliminary injunction hearing with the trial on the merits and rule on the merits in accordance with Fed. R. Civ. P. 65(a)(2).

WHEREFORE, Plaintiff respectfully requests the Court grant this Motion and issue a preliminary injunction pending a decision on the merits of Plaintiffs' claims in this matter.

                                                Respectfully submitted,

                                                 /s/ Max Birmingham
                                               Max Birmingham (D.C. Bar # 1618157)
                                               **PRO SE**
                                               323 E 108th St.
                                               Apt. 24
                                               New York, NY 10029
                                               (617) 756–5473
                                               maxbirmingham@gmail.com

Dated: May 13, 2020