UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MAX BIRMINGHAM,

    Plaintiff,

v.

DANA NESSEL,

    Defendant.

_____/

Hon. Janet T. Neff

Case No. 1:20-cv-00329-JTN-PJG

## ORDER

This matter is before the Court on Plaintiff's Motions for Leave to File Amended Complaint. (ECF No. 6 and 10). Plaintiff requests leave to amend under circumstances where leave of Court is not required. *See* Fed. R. Civ. P. 15(a)(1). The Court being fully advised in the premises, Plaintiff's Motion for Leave to File Amended Complaint, (ECF No. 6), is **DENIED as moot**. Plaintiff's Motion to File Amended Complaint, (ECF No. 10), is **GRANTED**. The Clerk shall, therefore, accept for filing Plaintiff's First Amended Complaint, (ECF No. 11, PageID.80-96), which shall constitute as the operative pleading moving forward.

    **IT IS SO ORDERED**.

Dated: June 2, 2020

    /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge