UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAX BIRMINGHAM,

    Plaintiff,

v

DANA NESSEL,

    Defendant.

No. 1:20-cv-00329

HON. JANET T. NEFF

MAG. PHILLIP J. GREEN

Max Birmingham
Pro Per Plaintiff
323 E. 108th Street, Apt. 24
New York, NY 10029
(617) 756-5473

Kendell S. Asbenson (P81747)
Patrick L. O'Brien (P78163)
Attorneys for Defendant
Michigan Department of Attorney General
Civil Litigation, Employment & Elections Division
P. O. Box 30736
Lansing, MI 48909
(517) 335-7659
_____/

**STIPULATED ORDER TO EXTEND DEADLINE TO
FILE RESPONSIVE PLEADINGS AND TO
RESPOND TO PLAINTIFF'S
<u>MOTION FOR PRELIMINARY INJUNCTION</u>**

    This matter is before the Court on the stipulation of counsel to extend the time for the Defendants to file a first responsive pleading to Plaintiff's complaint and to respond to Plaintiff's motion for preliminary injunction. The parties hereby

stipulate that Defendant has until June 16, 2020 to file a response to Plaintiff's motion for preliminary injunction and has until June 23, 2020 to file a first responsive pleading in this case.

Date: _____  　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PHILLIP J. GREEN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

　　　　The parties, individually and through counsel, stipulate to the entry of the above order.

/s/Max Birmingham (w/consent)　　　　　　　　　　June 9, 2020
Max Birmingham
Pro Per Plaintiff
323 E. 108th Street, Apt. 24
New York, NY 10029
(617) 756-5473

/s/Kendell S. Asbenson　　　　　　　　　　　　　June 9, 2020
Kendell S. Asbenson (81747)
Assistant Attorneys General
Attorneys for Defendant
Michigan Department of Attorney General
P.O. Box 30736
Lansing, Michigan 48909
(517) 335-7659
asbensonk1@michigan.gov