UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MAX BIRMINGHAM,

    Plaintiff,

v.

DANA NESSEL,

    Defendant.

_____/

Hon. Janet T. Neff

Case No. 1:20-cv-00329-JTN-PJG

## **ORDER**

This matter is before the Court on Plaintiff's Motions for Default Judgment. (ECF No. 14, 16, 17, and 18). Entry of default judgment is improper unless default has first been entered. *See, e.g., Reed-Bey v. Pramstaller*, 607 Fed. Appx. 445, 449 (6th Cir., Apr. 2, 2015). Default has not yet been entered in this matter and the Court discerns no basis for entering default. Accordingly,

**IT IS ORDERED** that Plaintiff's motions for default judgment are **DENIED**.

**IT IS SO ORDERED**.

Date: June 10, 2020

                          /s/ Phillip J. Green
                          PHILLIP J. GREEN
                          United States Magistrate Judge